1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JULIE ANN SOWMA,                )      CASE NO: **EDCV19-02163-KK**
                                )
             Plaintiff,         )      [~~PROPOSED~~] ORDER AWARDING
                                )      EAJA FEES
        v.                      )
                                )
ANDREW  SAUL, Commissioner      )
of Social Security Administration, )
                                )
             Defendant.         )
_____ )

Based upon the parties' Stipulation for Award and Payment of Equal Access

to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND NINE

HUNDRED FIFTY DOLLARS and 00/cents ($2,950.00), as authorized by  28

U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

    DATED: 10/1/20

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

1